**Order entered September 1, 2020**



In the
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01309-CR

### KAYLENE BOWEN-WRIGHT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 194th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F17-76856-M

## ORDER

Before the court is appellant's August 28, 2020 motion for an extension of time to file her pro se response to counsel's *Anders* brief. We **GRANT** the motion and **ORDER** appellant's pro se response filed by October 2, 2020.

We **DIRECT** the Clerk to transmit copies of this order, by electronic transmission, to counsel for the parties.

We **FURTHER DIRECT** the Clerk to send a copy of this order, by first class mail, to Kaylene Bowen-Wright, BIN 19049741, 08PO5, P.O. Box 660334, Dallas, Texas 75266-0334.

/s/    CORY L. CARLYLE
       JUSTICE